FILED
OCT 20 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

**BALWANT MULTANI**  *
5600 Gobind Lane
Fairfax Station, VA 22039  *

    **Plaintiff**  *

v.                                  Civil No. _____

                          *

**GORDON R. ENGLAND, SECRETARY
OF THE NAVY**
**SERVE:**  *
**(1) Gordon R. England**
**1000 Navy Pentagon**  *
**Washington, DC 20350-1000**
**&**  *
**(2) The Honorable Alberto R. Gonzales**
**Attorney General, DOJ**  *
**10th & Constitution Ave., NW**
**Washington, DC 20530**  *
**&**
**United States Attorney**  *
**Office of the US Attorney**
**555 Fourth Street, NW**  *
**Washington, DC 20001**
                                *
    **Defendant**

CASE NUMBER  1:05CV02061
JUDGE: Rosemary M. Collyer
DECK TYPE: Employment Discrimination
DATE STAMP: 10/20/2005

## COMPLAINT

COMES NOW the plaintiff, Balwant Multani ("Multani"), by counsel and moves for judgment against defendant Gordon R. England, In His Capacity as Secretary of the Department of the Navy, on grounds and in the amount as hereinafter set forth:

## PARTIES

1.     Multani is a citizen of the State of Virginia and of the United States of America and resides at the address noted in the case caption.

2. Defendant Gordon R. England ("Secretary") is the Secretary of the Department of the Navy and can be served at 1000 Navy Pentagon, Washington, DC.

## JURISDICTION

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964; the Civil Rights Act of 1866; and the District of Columbia Human Rights Act. Jurisdiction is specifically conferred on the Court by 42 U.S.C. § 2000e and 28 U.S.C. §1343. Equitable and other relief are also sought under 42 U.S.C. § 2000e-5(g).

4. On or about April 1, 2003, Multani filed a Complaint of Discrimination with the United States Department of the Navy EEO Counselor.

5. Upon completion of the investigation, Multani elected to have a hearing before the Equal Employment Opportunity Commission ("EEOC"). On June 15, 2005, the EEOC issued its decision in this matter. On or about August 9, 2005, the Department of the Navy issued its Final Order and provided the plaintiff with the Right to Sue Notice.

6. The discriminatory acts complained of herein occurred primarily within the District of Columbia.

## COUNT I

7. Multani is a member of a protected class under Title VII and the Age Discrimination in Employment Act. Specifically, Multani is 66 years old (DOB:

2/4/39; age); he is from India (national origin); and he is a member of the Sikh faith (religion).

8.   At all times relevant hereto, Multani was an employee of the US Department of the Navy, having been employed as a Mechanical Engineer (Grade 12).

9.   That in February 2003, approximately, Multani (acting through his first-line supervisor) applied for the position of a Grade 13 Mechanical Engineer. This was a non-competitive promotion based upon an accretion of duties, and based upon his supervisor's observation that Multani was in fact performing Grade 13 duties, and he was otherwise competent to fill the position. However, Multani's supervisors and other Navy personnel denied his request to be promoted to a Grade 13 position.

10.  That the decision not to promote Multani was based upon his national origin, religion and age, in violation of Title VII of the Civil Rights Act of 1964 and the Age Discrimination in Employment Act.

11.  As a result of the wrongful acts of the defendant, plaintiff has been injured in his health, sustaining physical and mental injury to his body and nervous system, such injuries having caused and will, in a reasonable probability continue to cause plaintiff great mental anguish, physical pain and suffering, humiliation, shock, injury to reputation and anguish.

12. That the foregoing injuries have caused plaintiff to incur medical and related expenses and have caused him to suffer loss of profits, income and earning capacity in an amount greater than $100,000.00.

13. That as a result of the foregoing claim, plaintiff has required the assistance of legal counsel. That he has incurred expenses and attorneys fees to investigate and file this action, and will continue to incur expenses and attorney's fees in trial and appeals court until the conclusion of this case.

14. That as a result of the foregoing claim, plaintiff has remained at a Grade 12 Mechanical Engineer position. He has incurred lost wages, loss of benefits, loss of contribution to his pension, loss of career opportunity, and he has been otherwise damaged.

15. That in committing the foregoing wrongful acts, the Secretary, and the Department of the Navy, acting through agents and vice-principals, failed to remedy past discrimination and continues to support, conduct and enforce invidious discrimination based on, inter alia, national origin, religion and age. The defendant has acted in an intentional, reckless and/or callous disregard for the constitutional and statutory rights of the plaintiff. Moreover, each wrongful act was willful, oppressive and malicious.

16. Multani has been subjected to a pattern and practice of discrimination because of his national origin (India); religion (Sikhism) and age (over 40). Said pattern and practice of discrimination is part of a larger systemic

pattern and practice of discrimination against minorities at the Department of the Navy.

WHEREFORE, the premises considered, your plaintiff respectfully requests that this Court:

(a) Declare that the actions of the defendants constitute a violation of the Civil Rights Act of 1964 and the Age Discrimination in Employment Act.

(b) Award plaintiff compensatory damages in the amount of $300,000.

(c) Award plaintiff back pay, front pay, and interest in an amount to be determined at trial.

(d) Enjoin practices of the defendants found by the Court to be in violation of the law.

(e) Award plaintiff his attorney's fees, costs, and any other relief to which this Court deems plaintiff entitled.

/s/ Curtis J. Karpel
CURTIS J. KARPEL, #81992

/s/ Richard Link
RICHARD J. LINK, #443609
Attorneys for Plaintiff
8601 Georgia Avenue, Suite 905
Silver Spring, MD 20910
(301) 495-0070

## PRAYER FOR JURY TRIAL

Plaintiff(s) pray a trial by jury on all issues herein raised.

/s/ Richard Link
RICHARD J. LINK