IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BALWANT MULTANI )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GORDON R. ENGLAND, SECRETARY, )<br>DEPARTMENT OF THE NAVY )<br>)<br>Defendant. )<br>) | Civil Action No: 05-2061 (RMC) |

## PRAECIPE

The Clerk of the Court is respectfully requested to enter the appearance of Assistant United States Attorney Wyneva Johnson as counsel for defendant in the above-captioned case.

Respectfully submitted,

WYNEVA JOHNSON
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., E-4106
Washington, D.C. 20530
(202) 514-7224

## CERTIFICATE OF SERVICE

    I hereby certify that on the _____day of December, 2005, a correct copy of the foregoing was mailed by First-Class Mail; postage prepaid to:

**BALWANT MULTANI**
5600 Gobind Lane
Fairfaix Station, VA 22039

                                                    _____
                                                  WYNEVA JOHNSON
                                                  Assistant United States Attorney
                                                  Judiciary Center Building
                                                  555 4th Street, N.W., Civil Division
                                                  Washington, D.C. 20530
                                                  (202) 514-7224