UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BALWANT MULTANI | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No: 05-2061 (RMC) |
| | ) | |
| GORDON R. ENGLAND, SECRETARY, | ) | |
| DEPARTMENT OF THE NAVY | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ANSWER

Defendant Gordon R. England, Secretary of the Navy, by and through his undersigned

attorneys, hereby answers plaintiff's complaint as follows:

FIRST DEFENSE

The Court lacks subject matter jurisdiction over plaintiff's claims under the Civil Rights

Act of 1866 and under the District of Columbia's Human Rights Act.

SECOND DEFENSE

The complaint fails to state a claim upon which relief can be granted to the extent that it

alleges that there is a pattern or practice of discrimination by defendant against minorities.

THIRD DEFENSE

It is denied that plaintiff was subjected to an adverse employment action.

FOURTH DEFENSE

Defendant responds to the numbered paragraphs of the complaint as follows:

Paragraph ("¶") 1. It is admitted that plaintiff is a citizen of the United States.  Plaintiff

lacks knowledge or information sufficient to form a belief as to whether plaintiff is still a citizen

of the Commonwealth of Virginia. Plaintiff currently does not reside at the address given in the complaint.

¶ 2. Admitted, except that it is denied that defendant's office is in the District of Columbia.

¶ 3. This paragraph is plaintiff's characterization of his case, as to which no answer is required.

¶¶ 4 and 5. Admitted.

¶ 6. It is denied that there was any discriminatory act committed against plaintiff. It is admitted, however, that plaintiff was working for the Department of the Navy in Washington, D.C., at the time of the event alleged in the complaint.

¶¶ 7 and 8. Admitted.

¶¶ 9 and 10. Denied.

¶ 11. It is denied that any wrongful act was committed by defendant. Defendant lacks knowledge or information sufficient to form a belief as to any physical or mental injuries that have been sustained by plaintiff.

¶ 12. Defendant lacks knowledge or information sufficient to form a belief as to any physical or mental injuries that have been sustained by plaintiff.

¶ 13. It is admitted that plaintiff has hired an attorney in connection with his pursuit of his claims against defendant. It is denied that the claims are valid.

¶ 14. It is admitted that plaintiff was a GS-12 mechanical engineer with the Department of the Navy at the time of the event alleged in the complaint. The remainder of the sentence is denied, in that there has been no discriminatory act that caused damage to plaintiff.

¶¶ 15 and 16.  Denied.

The remainder of the complaint is plaintiff's request for relief, and defendant denies that plaintiff is entitled to any relief.

All allegations not expressly admitted or denied are denied, and it is denied that plaintiff is entitled to a jury trial on his claim of age discrimination.

WHEREFORE, defendant requests this Court to deny the plaintiff all relief requested, dismiss the complaint with prejudice, grant defendant such other relief as the Court deems appropriate, and award defendant the costs of this action.

Respectfully Submitted,

KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

WYNEVA JOHNSON, D.C. Bar #278515
Assistant United States Attorney

FRED E. HAYNES, D.C. Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
(202) 514-7201

OF COUNSEL:

Seth Schofield
Assistant Counsel
Naval Facilities Engineering Command Washington
Washington Navy Yard, D.C.