UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BALWANT MULTANI | * | |
|     Plaintiff | * | |
| v. | * | 05-2061-RMC |
| GORDON R. ENGLAND | * | |
|     Defendant | * | |

## CONSENT MOTION TO EXTEND DISCOVERY DEADLINE

COMES NOW the plaintiff, Balwant Multani, by and through undersigned counsel, and files this Motion to Extend Discovery Deadline. The parties appeared for an initial status conference on February 10, 2006. The parties requested a period of 90 days to conduct discovery. At present, the plaintiff is working in Afghanistan as a civilian employee with the United States Army and plans to return to this country on May 28, 2006. Insofar as the parties intend to take depositions (only) at this time (i.e. they have elected to dispense with other discovery), the plaintiff would request that the Court extend the discovery deadline through June 10, 2006. Plaintiff would note that the Scheduling Order has not yet been issued. Counsel for the defendant, Assistant United States Attorney Wyneva Johnson, consents to this Motion.

WHEREFORE, the premises considered, your plaintiff prays:

A.     That this Court issue a Scheduling Order.

B.     That the discovery deadline be extended to June 10, 2006.

C.     And for such other and further relief as this Court deems just and proper.

KARPEL & LINK


____/s/ Richard Link
RICHARD LINK, #443609
Attorney for Plaintiff
8601 Georgia Avenue, Suite 905
Silver Spring, MD 20910
(301) 495-0070

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed, postage prepaid, this 13th day of March, 2006, to: Wyneva Johnson, Assistant United States Attorney, 555 4th Street, NW, Room E-4106, Washington, DC 20530.


____/s/ Richard Link