UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BALWANT MULTANI | * | |
|     Plaintiff | * | |
| v. | * | 05-2061-RMC |
| GORDON R. ENGLAND | * | |
|     Defendant | * | |

## ORDER

UPON CONSIDERATION of the Consent Motion to Extend Discovery Deadline, it is this _____ day of _____, 2006, by the United States District Court for the District of Maryland,

ORDERED, that the Motion be and it is hereby GRANTED, and it is further,

ORDERED, that the parties shall complete discovery, limited to depositions, no later than the _____ day of _____, 2006, after which the defendant shall file its dispositive motion no later than the _____ day of _____, 2006.  The plaintiff's response and the defendant's reply (if any) shall be due in accordance with the Rules of this Court.

_____
JUDGE ROSEMARY M. COLLYER
United States District Court for the
District of Columbia

Copies to:

Curtis J. Karpel, Esquire
Richard Link, Esquire
8601 Georgia Avenue, Suite 905
Silver Spring, MD 20901

Wyneva Johnson, Assistant United States Attorney
555 5th Street, NW, Room E-4106
Washington, DC 20530