IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BALWANT MULTANI ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No: 05-2061 (RMC) |
| GORDON R. ENGLAND, SECRETARY, ) DEPARTMENT OF THE NAVY ) | |
| Defendant. ) | |

## CONSENT MOTION FOR AN ENLARGEMENT OF TIME

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an extension of time to complete discovery up to and including July 10, 2006.

Defendant has been unable to take the deposition of plaintiff due to litigation in other matters, including preparing for trial in <u>Norton v. USA</u>, C.A. No.: 03-0862 (RBW) which settled on Wednesday, June 7, 2006. The parties have discussed dates for the plaintiff's deposition prior to the plaintiff's return to Afghanistan. The additional time is requested so that plaintiff's deposition and depositions of three additional witnesses can be taken.

This request for an enlargement is made in good faith and is in no way designed to delay the proceedings.

Wherefore, it is respectfully requested that discovery be extended up to and including July 10, 2006.

Respectfully submitted,

*/s/ Kenneth L. Wainstein*
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

*/s/ Rudolph Contreras*
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

*/s/ Wyneva Johnson*
WYNEVA JOHNSON, DC Bar# 278515
Assistant United States Attorney