IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BALWANT MULTANI ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 05-2061 (RMC) |
| ) | |
| GORDON R. ENGLAND, SECRETARY, ) | |
| DEPARTMENT OF THE NAVY ) | |
| ) | |
| Defendant. ) | |

### ORDER

UPON CONSIDERATION OF defendant's Consent Motion for an Enlargement of Time, and for good cause shown, it is hereby

ORDERED that defendant's motion is GRANTED. It is

FURTHER ORDERED that discovery be extended up to and including July 10, 2006.

_____
UNITED STATES DISTRICT JUDGE

cc:
Wyneva Johnson
Assistant United States Attorney
555 4th Street, N.W. Civil Division
Washington, D.C. 20530

Richard J. Link
KARPEL & LINK
Lee Office Building
8601 Georgia Avenue
Suite 905
Silver Spring, MD 20910-3440