UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BALWANT MULTANI | * | |
|     Plaintiff | * | |
| v. | * | 05-2061-RMC |
| GORDON R. ENGLAND | * | |
|     Defendant | * | |

### RENEWED CONSENT MOTION TO EXTEND DISCOVERY DEADLINE

COMES NOW the plaintiff, Balwant Multani, by and through undersigned counsel, and files this Motion to Extend Discovery Deadline.  The present discovery deadline is July 10, 2006, and a status conference is set for July 14, 2006 at 10:15 a.m.  The defendant took the plaintiff's deposition on June 21, 2006.  On or about June 28, 2006, the defendant made a settlement offer to the plaintiff.  Counsel for the plaintiff has communicated that settlement offer to his client.  The plaintiff is in Afghanistan and counsel is awaiting a reply from his client.  The parties have exchanged Answers to Interrogatories and Responses to Documents Requests.  The parties are actively engaged in discovery.  The only discovery that remains to be done is to take the depositions of two (2) Department of the Navy employees.  Obviously, if this case settles, there would be no reason to take said depositions.  This Motion is filed in good faith and not for purposes of delaying the proceedings herein.

WHEREFORE, it is respectfully requested that this Court postpone the discovery deadline until August 10, 2006; to postpone the status conference; and to postpone the other dates in the Court's June 13, 2006 Scheduling Order accordingly.

              KARPEL & LINK

              ____/s/ Richard Link
              RICHARD LINK, #443609
              Attorney for Plaintiff
              8601 Georgia Avenue, Suite 905
              Silver Spring, MD 20910
              (301) 495-0070

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a copy of the foregoing was mailed, postage prepaid, this 3rd day of July, 2006, to: Wyneva Johnson, Assistant United States Attorney, 555 4th Street, NW, Room E-4106, Washington, DC 20530.

              ____/s/ Richard Link