UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BALWANT MULTANI　　　　　　　*

    Plaintiff　　　　　　　　　　　　*

v.　　　　　　　　　　　　　　　　*　　05-2061-RMC

GORDON R. ENGLAND　　　　　*

    Defendant　　　　　　　　　　*

## **ORDER**

UPON CONSIDERATION of the Renewed Consent Motion to Extend Discovery Deadline, it is this by the United States District Court for the District of Columbia,

ORDERED, that the Motion be and it is hereby GRANTED, and it is further,

ORDERED, that discovery shall be completed no later than August 10, 2006; and it is further

ORDERED, that dispositive motions shall be filed no later than the ____ day of _____, 2006; oppositions shall be filed no later than the ____ day of _____, 2006; and replies shall be filed no than the ____ day of _____, 2006; and it is further,

ORDERED, that a status conference shall be reset for the ____ day of _____, 2006 at _____ a.m./p.m.

 

_____
ROSEMARY M. COLLYER
United States District Judge