UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BALWANT MULTANI | * | |
|     Plaintiff | * | |
| v. | * | 05-2061-RMC |
| GORDON R. ENGLAND | * | |
|     Defendant | * | |

## CONSENT MOTION TO REMOVE STATUS CONFERENCE FROM THE DOCKET

COMES NOW the plaintiff, Balwant Multani, by and through undersigned counsel, and files this Motion to Remove the Status Conference from the Docket. A status conference is scheduled in this case on August 14, 2006. The parties have reached a settlement. The plaintiff is in Afghanistan and will be sending a signed copy of the settlement agreement to undersigned counsel. Upon exchange of the settlement documentation and receipt of the settlement check, it is anticipated that the parties will file a Stipulation of Dismissal, dismissing this lawsuit with prejudice.

WHEREFORE, it is respectfully requested that this Court postpone the status conference scheduled for August 14, 2006.

                                          KARPEL & LINK

                                          ____/s/ Richard Link
                                          RICHARD LINK, #443609
                                          Attorney for Plaintiff
                                          8601 Georgia Avenue, Suite 905
                                          Silver Spring, MD 20910
                                          (301) 495-0070

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was mailed, postage prepaid, this 9th day of August, 2006, to: Wyneva Johnson, Assistant United States Attorney, 555 4th Street, NW, Room E-4106, Washington, DC 20530.

    ____/s/ Richard Link