UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BALWANT MULTANI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD C. WINTER, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-2061 (RMC) |

### STIPULATION OF SETTLEMENT
### AND ORDER OF DISMISSAL

The parties do hereby stipulate and agree, to settle and compromise the above-entitled action under the terms and conditions set forth herein.

1. This Stipulation of Settlement shall represent full and complete satisfaction of all claims arising from allegations set forth in the Complaint filed in this action, and all of plaintiff's Equal Employment Opportunity (EEO) claims currently or which have been pending against the Secretary of the Navy[1], all claims that have been, or could have been, made in the course of filing those above-referenced claims, and all claims for costs and attorney's fees arising therefrom.

2. Mr. Multani shall receive a promotion to GS-13, Step 7 effective February 9, 2003. Defendant shall pay the retroactive contributions to the Civil Service Retirement Fund for the promotion to GS-13, Step 7, and complete all necessary documents to assure that Mr. Multani receives Civil Service Retirement benefits as if he had been promoted to a GS-13, Step 7 position as of February 9, 2003.

---

[1] Donald C. Winter, Secretary of the Navy, Department of the Navy is being substituted as defendant in this action pursuant to Rule 25 (d) of the Federal Rules of Civil Procedure.

3. Mr. Multani will receive back pay from February 9, 2003 until October 16, 2005 in the amount of approximately $20,860.00. This amount does not includes any deductions.

4. A lump sum payment of $5,000.00 shall be made payable to Mr. Multani and Mr. Richard Link for attorney's fees and costs.

5. Mr. Multani agrees to retire from the Department of the Navy no later thanJanuary 13th, 2007.

6. This Stipulation of Settlement shall not constitute an admission of liability or fault on the part of the United States, its agents, servants, or employees, and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

7. This stipulation of settlement shall be binding upon and ensure to the benefit of the parties hereto and their respective successors and assigns.

8. The parties agree that this Stipulation of Settlement will not be used as evidence or otherwise in any pending or future civil or administrative action against the United States government, except in action alleging retaliation and/or breach of this Stipulation of Settlement.

9. Payment shall be made as promptly as practicable consistent with the normal processing procedures followed by the U.S. Department of Justice and the U.S. Department of the Treasury. Defendant's counsel shall promptly prepare and submit all required documentation to the Department of the Treasury of processing of the payments, and plaintiff's counsel shall cooperate with defendant's counsel to insure that such documentation is complete and accurate.

10. Payment of the amount of $5,000.00 will be made by one check drawn on the Treasury of the United States for and made payable to Mr. Multani and Mr. Link.

11. This action is dismissed with prejudice, except that the Court shall have jurisdiction to reinstate this action on motion of any party to resolve a claim of noncompliance with the terms of this Stipulation.

Executed this _____ day of July 2006.

Respectfully submitted,

_____  
RICHARD LINK, ESQ.  
Attorney for Plaintiff

_____ 09 Aug 2006.  
BALWANT MULTANI  
Plaintiff

_____  
KENNETH L. WAINSTEIN, D.C. Bar #451058  
United States Attorney

_____  
RUDOLPH CONTRERAS, D.C. Bar #434122  
Assistant United States Attorney

_____  
WYNEVA JOHNSON, D.C. Bar #278515  
Assistant United States Attorney

SO ORDERED, on this _____ day of _____, 2006.

_____  
UNITED STATES DISTRICT COURT JUDGE

3